C. H. Glashagel, trading as O. K. Grocery & Market, appellant, v. A. H. Waddington and Mrs. A. H. Waddington, appellees.  Gen. No. 32,504.

Opinion filed July 10, 1928.

Walter Hamilton, for appellant.  Stanley L. Shetler, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

Standard Trust & Savings Bank and Chicago Title & Trust Company, administrators of the estate of Edwin B. Jennings, deceased, appellees, v. F. W. Cherry and Frederick W. Hill, appellants.  Gen. No. 32,528.

Opinion filed July 10, 1928.

Alden, Latham & Young and John F. Spohn, for appellants; K. V. MacFarland, of counsel.  Castle, Williams, Long & Castle, for appellees.

Mr. Justice Barnes delivered the opinion of the court

Benjamin Schatz, appellant, v. West Side Trust & Savings Bank, appellee.  Gen. No. 32,552.

Opinion filed July 10, 1928.

Harry Hamill, for appellant; Frank A. Ramsey, of counsel.  Weissenbach, Hartman, Craig & Okin, for appellee; Harry Okin, of counsel.

Mr. Justice Barnes delivered the opinion of the court.